1
2
3
4
5
6
7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10
11 | UNITED STATES OF AMERICA,       ) Case No.: SA 08-140 M
12 |                Plaintiff,        )
13 |                                  ) ORDER OF DETENTION AFTER
13 |       vs.                        ) HEARING
14 | Martinez, Christine Diane        ) [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
15 |                Defendant.        )   § 3143(a)]
16

17       The defendant having been arrested in this District pursuant to a warrant issued
18 by the United States District Court for the ___SD  California___,
19 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20 release]; and
21       The Court having conducted a detention hearing pursuant to Federal Rule of
22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23       The Court finds that:
24 A.    ☒ The defendant has not met his/her burden of establishing by clear and
25    convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26    3142(b) or (c). This finding is based on ___background community
27    ties unknown; bail resources unknown; use
28    of multiple personal identifiers; conduct in

1   *absconding from supervision; history of*
2   *non-compliance with supervision conditions*
3   and/or
4  B.   ( ) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7       finding is based on _____
8       _____
9       _____
10      _____
11      _____
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED:  *4/3/08*
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE